NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DAK AMERICAS LLC, AURIGA POLYMERS INC.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

_____

2020-1513

_____

Appeal from the United States Court of International Trade in No. 1:17-cv-00195-TCS, Chief Judge Timothy C. Stanceu.

_____

Decided:  November 10, 2020

_____

PAUL C. ROSENTHAL, Kelley Drye & Warren, LLP, Washington, DC, argued for plaintiffs-appellants.  Also represented by CAMERON R. ARGETSINGER, JOSHUA MOREY, DAVID C. SMITH, JR.

MIKKI COTTET, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee.  Also represented by JEFFREY B. CLARK, JEANNE DAVIDSON, FRANKLIN E. WHITE, JR.; SUZANNA HARTZELL-BALLARD, Office of Assistant Chief

Counsel, United States Customs and Border Protection, Indianapolis, IN.

————————————

Before DYK, TARANTO, and STOLL, *Circuit Judges.*

PER CURIAM.

Without reaching the question whether the demand letters at issue here constitute final agency action, the Court finds that appellants have failed to show that, on the merits, the decision by the Court of International Trade was erroneous.

**AFFIRMED**